IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JEREMY NATHANIEL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-165 |
| | ) | |
| LATASHA HARRIS; JASON SMITH; FNU LEE, Nurse; and FNU HARPOL, Mental Health Doctor, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. Although the parties have filed numerous documents since the Magistrate Judge's R&R, none address the R&R. (<u>See</u> doc. nos. 45-49.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** without prejudice Plaintiff's claims against Defendants Harris, Lee, and Dr. Harpol occurring from May 11 to May 14, 2019, **DISMISSES** Nurse Lee and Dr. Harpol from this case, and **DENIES** Plaintiff's motion to add complaint, (doc. no. 31).

SO ORDERED this 30th day of April, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA