IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JEREMY NATHANIEL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-165 |
| | ) | |
| LATASHA HARRIS and | ) | |
| JASON SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Plaintiff's motions to add evidence, (doc. nos. 40, 48, 61), **GRANTS** Plaintiff's motion to dismiss his first motion for summary judgment, (doc. no. 60), **DENIES AS MOOT** Plaintiff's first motion for summary judgment, (doc. no. 39), **DENIES** Plaintiff's second motion for summary judgment, (doc. no. 58), **GRANTS** Defendants' motion for summary judgment, (doc. no. 53), **DIRECTS** the Clerk to **ENTER** final judgment in favor

of Defendants, and **CLOSES** this civil action.

SO ORDERED this ___8th___ day of January, 2021, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA